IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0083 |
| v. | : | Judge Marbley |
| Seven (7) Firearms and Ammunition, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Plaintiff United States of America's March 27, 2012 motion to stay this case (doc. 7) is GRANTED. Under the provisions of 18 U.S.C. § 981(g), this action is STAYED while criminal proceedings are pending.

Plaintiff United States of America is ORDERED to make a status report to the Court **within 120 days of the date of this Order.**

s/Mark R. Abel
United States Magistrate Judge